IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-61228

MICHAEL KELLEY,

     Plaintiff,

v.

TOPTENREALESTATEDEALS.COM, LLC
and ROBERT WALSH,

     Defendants.

_____

## COMPLAINT

Plaintiff Michael Kelley ("Plaintiff") sues defendants TopTenRealEstateDeals.com, LLC ("TopTenRealEstateDeals") and Robert Walsh ("Walsh") (collectively, the "Defendants"), and alleges as follows:

## THE PARTIES

1.    Plaintiff is an individual who is a citizen of the State of California residing in the State of California.

2.    TopTenRealEstateDeals is a limited liability company organized and existing under the laws of the State of Florida with its principal place of business located at 801 Briny Avenue, Apartment 804, Pompano Beach, FL 33062.  TopTenRealEstateDeals' agent for service of process is Robert Walsh, 801 Briny Avenue, Apartment 804, Pompano Beach, FL 33062.

3.    Walsh is an individual who is a citizen of the State of Florida residing at 801 Briny Avenue, Apartment 804, Pompano Beach, FL 33062.

## JURISDICTION AND VENUE

4.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§

1331 and 1338(a).

5.      This Court has personal jurisdiction over Defendants because they maintained sufficient minimum contacts with Florida such that the exercise of personal jurisdiction over them would not offend traditional notions of fair play and substantial justice.

6.      Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a) because Defendants or their agents reside or may be found in this district.  "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant." Palmer v. Braun, 376 F.3d 1254, 1259-60 (11th Cir. 2004).  "In other words, 'if a court has personal jurisdiction over the defendants in a copyright infringement action, venue in that court's district is proper.'" McGregor v. In Tune Music Grp., No. 15-62044-CIV-ZLOCH, 2016 U.S. Dist. LEXIS 190302, at *11 (S.D. Fla. July 29, 2016) (quoting Store Decor Div. of Jas Int'l, Inc. v. Stylex Worldwide Indus., Ltd., 767 F. Supp. 181, 185 (N.D. Ill. 1991).

## FACTS

I.      **Plaintiff's Business**

7.      Plaintiff is an accomplished professional photographer who specializes in architectural photography.

8.      In 2018, Plaintiff founded the Architectural Photography Almanac (https://apalmanac.com/), a resource for architecture photographers and those in the architecture industry seeking to learn about the craft and theory of architecture photography.

9.      Plaintiff's clients include Tesla Motors, FedEx, Discovery Networks, HGTV, Herman Miller, MAD Architects, and many others.

10.     Plaintiff's work is highly sought after and has been exhibited in numerous art

2

galleries/museums around the world.

## II.    The Work at Issue in this Lawsuit

### A.    *The City Centre Photograph*

11.    In 2016, Plaintiff created a professional photograph of an apartment located at Two Brickell City Centre in Miami, FL titled "Arquitectonica-71.jpg" (the "<u>City Centre Photograph</u>"). A copy of the City Centre Photograph is exhibited below:



12.    The City Centre Photograph was registered by Plaintiff with the Register of Copyrights on July 12, 2019 and was assigned Registration No. VA 2-159-689. A true and correct copy of the Certification of Registration pertaining to the City Centre Photograph is attached hereto as **<u>Exhibit "A."</u>**

13.    Plaintiff is the owner of the First Photograph and has remained the owner at all

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

times material hereto.

> **B.     *The Owlwood Mansion Photographs***

14.     The Owlwood mansion/estate is a famed compound in Los Angeles, California that was one listed for $180 million and which sold for $88 million in 2020.  A series of high-profile persons owned the home including 20th Century-Fox Chairman Joseph Schenck, oil tycoon William Keck, and Hotel Bel-Air founder Joseph Drown.  Actor Tony Curtis lived there in the 1960s, and he sold it to pop duo Sonny and Cher in the 1970s.  In 2009, the property was acquired by Robert Shapiro, a real estate developer who a decade later was sentenced to 25 years in prison for running a $1.3 billion Ponzi scheme.

15.     The property spans 10 acres and, absent invitation, is not publicly accessible given its exclusive nature.

16.     In 2019, Plaintiff created a series of professional photographs of the interior and exterior of the Owlwood mansion (collectively, the "Owlwood Mansion Photographs").  The first of these photographs is titled "01_Office.jpg" and is exhibited below:



COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

17.     The second of these photographs is titled "03_Dining_Owlwood-1.jpg" and is exhibited below:



18.     The third of these photographs is titled "05_LR_oblique.jpg" and is exhibited below:



19.     The fourth of these photographs is titled "08_hallway.jpg" and is exhibited below:



20.    The fifth of these photographs is titled "09_rear_elevation.jpg" and is exhibited

below:



21.     The sixth of these photographs is titled "11_sitting_room-Edit.jpg" and is exhibited below:



22.     The seventh of these photographs is titled "14_master_bed-Edit.jpg" and is exhibited below:



COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

23.    The eighth of these photographs is titled "16_other_guest_bed.jpg" and is exhibited below:



24.    The ninth of these photographs is titled "19_twilight_front.jpg" and is exhibited below:



COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

25.     The tenth of these photographs is titled "24_poolhouse_1_pt.jpg" and is exhibited below:



26.     The eleventh of these photographs is titled "25_poolhouse_interior.jpg" and is exhibited below:



COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

27.     The twelfth of these photographs is titled "20190611-3Q4A0493-Edit.jpg" and is exhibited below:



28.     The thirteenth of these photographs is titled "20190611-3Q4A0534-Edit.jpg" and is exhibited below:



COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

29.     The fourteenth of these photographs is titled "20190612-3Q4A0677.jpg" and is exhibited below:



30.     The fifteenth of these photographs is titled "20190612-3Q4A0692.jpg" and is exhibited below:



31.     The Owlwood Mansion Photographs were registered by Plaintiff with the Register of Copyrights on March 29, 2020 and were assigned Registration No. VA 2-201-948. A true and correct copy of a printout of the registration from the US Copyright Office is attached hereto as **Exhibit "B."**

32.     Plaintiff is the owner of the Owlwood Mansion Photographs and has remained the owner at all times material hereto.

33.     The City Centre Photograph and the Owlwood Mansion Photographs are collectively referred to herein as the "Work."

III.   **Defendants' Unlawful Activities**

34.     TopTenRealEstateDeals is a media site purporting to showcase "the best and most interesting real estate deals on the web!"  TopTenRealEstateDeals produces a "Hot Home News" feature on a weekly basis where it covers interesting, famous, historic, and celebrity homes that are currently for sale.  The "Hot Home News" feature is sent every week to over 30,000 print, online, and broadcast media across the United States and Canada.

35.     According to Walsh's profile on LinkedIn, TopTenRealEstateDeals is "one of the top real estate news and entertainment websites in the United States."

36.      TopTenRealEstateDeals  advertises/markets its business primarily through its website  (https://toptenrealestatedeals.com),  social  media  (e.g. https://www.facebook.com/toptenrealestat/), and other forms of advertising.

37.     Walsh is the sole member and manager of TopTenRealEstateDeals.  Walsh has exclusive control over the business activities of TopTenRealEstateDeals, including but not limited to the infringing activities that are the subject of this lawsuit.

38.     In May 2019 (after Plaintiff's above-referenced copyright registration of the City

Centre Photograph), TopTenRealEstateDeals published a copy of the City Centre Photograph on

its business website (at https://toptenrealestatedeals.com/condo/brickell-city-centre) in connection

with an article titled "Brickell City Centre from $600s!":



39.    A true and correct copy of screenshots of TopTenRealEstateDeals' website,

displaying the City Centre Photograph, is attached hereto as **Exhibit "C."**

40.     In addition to displaying the City Centre Photograph on its website, TopTenRealEstateDeals likewise intentionally induced and/or caused multiple third-parties to display/publish the City Centre Photograph on their websites.

41.     In January 2021 (after Plaintiff's above-referenced copyright registration of the Owlwood Mansion Photographs), TopTenRealEstateDeals published a copy of each of eleven (11) of the fifteen (15) Owlwood Mansion Photographs on its business website (at https://toptenrealestatedeals.com/weekly-ten-best-home-deals/home/owlwood-mansion-home-to-stars-marilyn-monroe-tony-curtis-cher) in connection with an article titled "Owlwood Mansion: Home to Stars Marilyn Monroe, Tony Curtis & Cher":



42.     A true and correct copy of screenshots of TopTenRealEstateDeals' website,

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228

displaying the Owlwood Mansion Photographs, is attached hereto as **Exhibit "D."**  The only Owlwood Mansion Photographs not published on TopTenRealEstateDeals' website are: 16_other_guest_bed.jpg, 19_twilight_front.jpg, 20190611-3Q4A0534-Edit.jpg, and 20190612-3Q4A0692.jpg.

43.    In addition to displaying the Owlwood Mansion Photographs on its website, TopTenRealEstateDeals likewise intentionally induced and/or caused multiple third-parties to display/publish all of the Owlwood Mansion Photographs on their websites (including the 4 photographs that do not appear on TopTenRealEstateDeals' website) (e.g. https://local12.com/news/around-the-web/gallery/mansion-that-was-home-to-stars-marilyn-monroe-tony-curtis-cher-sells-for-115-million?photo=11;

https://parade.com/1151588/lindsaylowe/owlwood-mansion-for-sale-photos/#gallery_1151588-5; etc.).

44.    Defendants are not and have never been licensed to use, display, or distribute any of the Work.  Defendants never contacted Plaintiff to seek permission to use the Work in connection with their business or for any other purpose.

45.    Defendants utilized the Work for commercial use – namely, in connection with the marketing and advertising of their business.

46.    Upon information and belief, Defendants located a copy of the Work on the internet and, rather than contact Plaintiff to secure a license, simply copied the Work for their own commercial use.

47.    Through his ongoing diligent efforts to identify unauthorized use of his photographs, Plaintiff discovered Defendants' unauthorized use/display of the Work in April 2022. Following Plaintiff's discovery, Plaintiff notified Defendants in writing of such unauthorized use.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

To date, Plaintiff has been unable to negotiate a reasonable license for the past/existing infringement of his Work.

## COUNT I – COPYRIGHT INFRINGEMENT
### (City Centre Photograph)
### (TopTenRealEstateDeals)

48.     Plaintiff re-alleges and incorporates paragraphs 1 through 47 as set forth above.

49.     The City Centre Photograph is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

50.     Plaintiff owns a valid copyright in the City Centre Photograph, having registered the City Centre Photograph with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

51.     As a result of Plaintiff's reproduction, distribution, and public display of the City Centre Photograph, TopTenRealEstateDeals had access to the City Centre Photograph prior to its own reproduction, distribution to various third-parties, and public display of the City Centre Photograph on its website.

52.     TopTenRealEstateDeals reproduced, distributed, and publicly displayed the City Centre Photograph without authorization from Plaintiff.

53.     By its actions, TopTenRealEstateDeals infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the City Centre Photograph for its own commercial purposes.

54.     TopTenRealEstateDeals' infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228

Notably, TopTenRealEstateDeals itself utilizes a copyright disclaimer on its website ("© 2022 TopTenRealEstateDeals.com," indicating that TopTenRealEstateDeals understands the importance of copyright protection and intellectual property. Further, as a media publishing company sending weekly articles to over 30,000 business entities, TopTenRealEstateDeals clearly understands that high-end photography is generally paid for and cannot simply be copied from the internet.

55.     Plaintiff has been damaged as a direct and proximate result of TopTenRealEstateDeals' infringement.

56.     Plaintiff is entitled to recover his actual damages resulting from TopTenRealEstateDeals' unauthorized use of the City Centre Photograph and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based on a disgorgement of TopTenRealEstateDeals' profits from infringement of the City Centre Photograph, which amounts shall be proven at trial.

57.     Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

58.     Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover his costs and attorneys' fees as a result of TopTenRealEstateDeals' conduct.

59.     TopTenRealEstateDeals' conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by the Court. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against TopTenRealEstateDeals as follows:

a.  A declaration that TopTenRealEstateDeals has infringed Plaintiff's copyrights in the City

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228

Centre Photograph;

b.  A declaration that such infringement is willful;

c.  An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the City Centre Photograph;

d.  Awarding Plaintiff his costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e.  Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f.  Permanently enjoining TopTenRealEstateDeals, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with TopTenRealEstateDeals, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the City Centre Photograph or to participate or assist in any such activity; and

g.  For such other relief as the Court deems just and proper.

### COUNT II – COPYRIGHT INFRINGEMENT
### (Owlwood Mansion Photographs)
### (TopTenRealEstateDeals)

60.  Plaintiff re-alleges and incorporates paragraphs 1 through 47 as set forth above.

61.  The Owlwood Mansion Photographs are each an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

62.  Plaintiff owns a valid copyright in the Owlwood Mansion Photographs, having registered the Owlwood Mansion Photographs with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

and assert the claim(s) herein.

63.     As a result of Plaintiff's reproduction, distribution, and public display of the Owlwood Mansion Photographs, TopTenRealEstateDeals had access to the Owlwood Mansion Photographs prior to its own reproduction, distribution to various third-parties, and public display of the Owlwood Mansion Photographs on its website.

64.     TopTenRealEstateDeals reproduced, distributed, and publicly displayed the Owlwood Mansion Photographs without authorization from Plaintiff.

65.     By its actions, TopTenRealEstateDeals infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Owlwood Mansion Photographs for its own commercial purposes.

66.     TopTenRealEstateDeals' infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright. Notably, TopTenRealEstateDeals itself utilizes a copyright disclaimer on its website ("© 2022 TopTenRealEstateDeals.com," indicating that TopTenRealEstateDeals understands the importance of copyright protection and intellectual property.  Further, as a media publishing company sending weekly articles to over 30,000 business entities, TopTenRealEstateDeals clearly understands that high-end photography is generally paid for and cannot simply be copied from the internet.

67.     Plaintiff has been damaged as a direct and proximate result of TopTenRealEstateDeals' infringement.

68.     Plaintiff is entitled to recover his actual damages resulting from TopTenRealEstateDeals' unauthorized use of the Owlwood Mansion Photographs and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

on a disgorgement of TopTenRealEstateDeals' profits from infringement of the Owlwood Mansion Photographs, which amounts shall be proven at trial.

69.     Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

70.     Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover his costs and attorneys' fees as a result of TopTenRealEstateDeals' conduct.

71.     TopTenRealEstateDeals' conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by the Court.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against TopTenRealEstateDeals as follows:

a.  A declaration that TopTenRealEstateDeals has infringed Plaintiff's copyrights in the Owlwood Mansion Photographs;

b.  A declaration that such infringement is willful;

c.  An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of each of the Owlwood Mansion Photographs;

d.  Awarding Plaintiff his costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e.  Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f.  Permanently enjoining TopTenRealEstateDeals, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with TopTenRealEstateDeals, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

works derived or copied from the Owlwood Mansion Photographs or to participate or assist in any such activity; and

g.  For such other relief as the Court deems just and proper.

### COUNT III – VICARIOUS COPYRIGHT INFRINGEMENT
#### (Walsh)

72.   Plaintiff re-alleges and incorporates paragraphs 1 through 47 as set forth above.

73.   As evidenced above, TopTenRealEstateDeals infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for its own commercial purposes.

74.   As the sole member and manager of TopTenRealEstateDeals, Walsh the right and ability to control the infringing acts of TopTenRealEstateDeals, yet declined or failed to stop TopTenRealEstateDeals from engaging in its infringing conduct.

75.   Walsh obtained a direct financial benefit from TopTenRealEstateDeals' infringing activities.  As the sole member and manager of TopTenRealEstateDeals, Walsh receives profit distributions therefrom and, upon information and belief, pays himself a salary therefrom.

76.    As a direct and proximate result of Walsh's vicarious copyright infringement, Plaintiff has been damaged.  See, e.g. Broad. Music, Inc. v. Evie's Tavern Ellention, Inc., No. 8:11-cv-2056-T-17TBM, 2011 U.S. Dist. LEXIS 137720, at *5-8 (M.D. Fla. Nov. 30, 2011) ("Because Defendants, Evie's and Evanoff, benefited from the performances and admitted they owned, controlled, managed, and operated Evie's, they are vicariously liable for the infringement."); LaTele TV C.A. v. Telemundo Communs. Grp., LLC, No. 12-22539-CIV-ROSENBAUM, 2013 U.S. Dist. LEXIS 43488, at *32 (S.D. Fla. Mar. 26, 2013) ("[P]leading facts sufficient to pierce the corporate veil is not required in order to state a cause of action for vicarious copyright infringement.").

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

**WHEREFORE**, Plaintiff demands judgment against Walsh as follows:

a. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

b. Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

c. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

d. Permanently enjoining Walsh, his employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Walsh, from directly or indirectly further violating Plaintiff's copyrights by further displaying or distributing the Work with its copyright management information removed; and

e. For such other relief as the Court deems just and proper.


**Demand For Jury Trial**

Plaintiff demands a trial by jury on all issued so triable.

Dated: June 28, 2022.                    COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com

By: /s/ Daniel DeSouza
    Daniel DeSouza, Esq.
    Florida Bar No.:  19291
    James D'Loughy, Esq.
    Florida Bar No.: 0052700

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Exhibit "A"

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary H. Cisle*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-159-689

**Effective Date of Registration:**
July 12, 2019

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** February 28, 2016 to December 31, 2016

### Title


| | |
|---|---|
| **Title of Group:** | 2016 Registration |
| **Number of Photographs in Group:** | 463 |

- **Individual Photographs:** Arco-2, Arco-3, Arco-l
  **Published:** February 2016

- **Individual Photographs:** Ferm Redlands-57, Ferm Redlands-52-2, Ferm Redlands-53, Ferm Redlands-54, Ferm Redlands-55, Ferm Redlands-56, Ferm Redlands-58, Ferm Redlands-59, Ferm Redlands-60, Ferm Redlands-61, Ferm Redlands-62, Ferm Redlands-63, Ferm Redlands-64, Ferm Redlands-65, Ferm Redlands-67, Ferm Redlands-68, Ferm Redlands-69, Ferm Redlands-70, Ferm Redlands-71, Ferm Redlands-72, Ferm Redlands-73, Ferm Redlands-75, Ferm Redlands-76, Arco RPA-1, Arco RPA-2, Arco RPA-3, Arco RPA-5, Arco RPA-4, Arco RPA-6, Arco RPA-8, Arco RPA-7, Arco RPA-9, Arco RPA-10, Arco RPA-11, Ferm_Redlands-74, Ferm_Redlands-42, Ferm Redlands-1, Ferm Redlands-2, Ferm Redlands-3, Ferm Redlands-3-2, Ferm Redlands-4, Ferm Redlands-4-2, Ferm Redlands-5, Ferm Redlands-6, Ferm Redlands-7, Ferm Redlands-8, Ferm Redlands-9, Ferm Redlands-10, Ferm Redlands-11, Ferm Redlands-12, Ferm Redlands-13, Ferm Redlands-14, Ferm Redlands-15, Ferm Redlands-16, Ferm Redlands-17, Ferm Redlands-18, Ferm Redlands-19, Ferm Redlands-20, Ferm Redlands-21, Ferm Redlands-22, Ferm Redlands-23, Ferm Redlands-24, Ferm Redlands-24-2, Ferm Redlands-25, Ferm Redlands-26, Ferm Redlands-27, Ferm Redlands-28, Ferm Redlands-29, Ferm Redlands-30, Ferm Redlands-31, Ferm Redlands-32, Ferm Redlands-33, Ferm Redlands-34, Ferm Redlands-34-2, Ferm Redlands-35, Ferm Redlands-36, Ferm Redlands-37, Ferm Redlands-38, Ferm Redlands-39, Ferm Redlands-40, Ferm Redlands-41, Ferm Redlands-41-2, Ferm Redlands-43, Ferm Redlands-44, Ferm Redlands-45, Ferm Redlands-46, Ferm Redlands-47, Ferm Redlands-48, Ferm Redlands-49, Ferm Redlands-50, Ferm Redlands-51, Ferm Redlands-52
  **Published:** May 2016

- **Individual Photographs:** Arquitectonica-32, Arquitectonica-31, Arquitectonica-30, Arquitectonica-29, Arquitectonica-28, Arquitectonica-27, Arquitectonica-26, Arquitectonica-25, Arquitectonica-24, Arquitectonica-23, Arquitectonica-22, Arquitectonica-21, Arquitectonica-20, Arquitectonica-19, Arquitectonica-18, Arquitectonica-17, Arquitectonica-16, Arquitectonica-15, Arquitectonica-14, Arquitectonica-13, Arquitectonica-12, Arquitectonica-11, Arquitectonica-10, Arquitectonica-9, Arquitectonica-8, Arquitectonica-7, Arquitectonica-6, Arquitectonica-34,

Arquitectonica-5, Arquitectonica-4, Arquitectonica-3, Arquitectonica-2, Arquitectonica-1, Arquitectonica-33, Arquitectonica-35, Pozas Playa Del Carmen-52, Schoos Rockaways-41, Schoos Rockaways-42, Schoos Rockaways-43, Schoos Rockaways-44, MSP WeHo-1, MSP WeHo-2, MSP WeHo-3, MSP WeHo-4, MSP WeHo-5, MSP WeHo-6, MSP WeHo-7, MSP WeHo-8, MSP WeHo-9, MSP WeHo-10, MSP WeHo-12, MSP WeHo-11, MSP WeHo-13, MSP WeHo-14, MSP WeHo-15, MSP WeHo-16, MSP WeHo-17, Pozas Playa Del Carmen-1, Pozas Playa Del Carmen-2, Pozas Playa Del Carmen-3, Pozas Playa Del Carmen-4, Pozas Playa Del Carmen-5, Pozas Playa Del Carmen-6, Pozas Playa Del Carmen-7, Pozas Playa Del Carmen-8, Pozas Playa Del Carmen-9, Pozas Playa Del Carmen-10, Pozas Playa Del Carmen-11, Pozas Playa Del Carmen-12, Pozas Playa Del Carmen-13, Pozas Playa Del Carmen-14, Pozas Playa Del Carmen-15, Schoos Rockaways-1, Schoos Rockaways-2, Schoos Rockaways-3, Schoos Rockaways-4, Schoos Rockaways-5, Schoos Rockaways-6, Schoos Rockaways-7, Schoos Rockaways-8, Schoos Rockaways-9, Schoos Rockaways-10, Schoos Rockaways-11, Schoos Rockaways-12, Schoos Rockaways-13, Schoos Rockaways-15-2, Schoos Rockaways-14, Schoos Rockaways-16, Schoos Rockaways-17, Schoos Rockaways-18, Schoos Rockaways-19, Schoos Rockaways-20, Schoos Rockaways-21, Schoos Rockaways-22, Schoos Rockaways-23, Schoos Rockaways-24, Schoos Rockaways-25

**Published:**   June 2016

- **Individual Photographs:**   Schoos Rockaways-26, Schoos Rockaways-27, Schoos Rockaways-28, Schoos Rockaways-29, Schoos Rockaways-30, Schoos Rockaways-31, Schoos Rockaways-32, Schoos Rockaways-33, Schoos Rockaways-34, Schoos Rockaways-35, Schoos Rockaways-36, Schoos Rockaways-37, Schoos Rockaways-38, Schoos Rockaways-39, Schoos Rockaways-40, Pozas Playa Del Carmen-16, Pozas Playa Del Carmen-17, Pozas Playa Del Carmen-18, Pozas Playa Del Carmen-19, Pozas Playa Del Carmen-20, Pozas Playa Del Carmen-21, Pozas Playa Del Carmen-22, Pozas Playa Del Carmen-23, Pozas Playa Del Carmen-24, Pozas Playa Del Carmen-24-2, Pozas Playa Del Carmen-25, Pozas Playa Del Carmen-26, Pozas Playa Del Carmen-27, Pozas Playa Del Carmen-28, Pozas Playa Del Carmen-29, Pozas Playa Del Carmen-30, Pozas Playa Del Carmen-31, Pozas Playa Del Carmen-32, Pozas Playa Del Carmen-33, Pozas Playa Del Carmen-34, Pozas Playa Del Carmen-35, Pozas Playa Del Carmen-36, Pozas Playa Del Carmen-37, Pozas Playa Del Carmen-38, Pozas Playa Del Carmen-39, Pozas Playa Del Carmen-40, Pozas Playa Del Carmen-41, Pozas Playa Del Carmen-42, Pozas Playa Del Carmen-43, Pozas Playa Del Carmen-44, Pozas Playa Del Carmen-44-2, Pozas Playa Del Carmen-44-3, Pozas Playa Del Carmen-45, Pozas Playa Del Carmen-46, Pozas Playa Del Carmen-47, Pozas Playa Del Carmen-48, Pozas Playa Del Carmen-49, Pozas Playa Del Carmen-50, Pozas Playa Del Carmen-51

**Published:**   June 2016

- **Individual Photographs:**   Pozas Commercial 2016-43-4, Pozas Commercial 2016-48, Pozas Commercial 2016-47, Pozas Commercial 2016-4, Pozas Commercial 2016-3, Pozas Commercial 2016-2-2, Pozas Commercial 2016-2, Pozas Commercial 2016-1, Chez Tex-1, Chez Tex-2, Pozas Commercial 2016-50, Pozas Commercial 2016-49, Pozas Commercial 2016-46, Pozas Commercial 2016-45, Pozas Commercial 2016-44, Pozas Commercial 2016-43-3, Pozas Commercial 2016-43-2, Pozas Commercial 2016-43, Pozas Commercial 2016-5, Pozas Commercial 2016-5-2, Pozas Commercial 2016-6, Pozas Commercial 2016-6-2, Pozas Commercial 2016-7, Pozas Commercial 2016-8, Pozas Commercial 2016-9, Pozas Commercial 2016-10, Pozas Commercial 2016-11, Pozas Commercial 2016-12, Pozas Commercial 2016-13, Pozas Commercial 2016-14, Pozas Commercial 2016-14-2, Pozas Commercial 2016-15, Pozas Commercial 2016-15-2, Pozas Commercial 2016-15-3, Pozas Commercial



2016-16, Pozas Commercial 2016-17, Pozas Commercial 2016-18, Pozas Commercial 2016-19, Pozas Commercial 2016-20, Pozas Commercial 2016-21, Pozas Commercial 2016-22, Pozas Commercial 2016-23, Pozas Commercial 2016-24, Pozas Commercial 2016-25, Pozas Commercial 2016-26, Pozas Commercial 2016-27, Pozas Commercial 2016-28, Pozas Commercial 2016-29, Pozas Commercial 2016-30, Pozas Commercial 2016-31, Pozas Commercial 2016-31-2, Pozas Commercial 2016-32, Pozas Commercial 2016-33, Pozas Commercial 2016-34, Pozas Commercial 2016-35, Pozas Commercial 2016-36, Pozas Commercial 2016-36-2, Pozas Commercial 2016-37, Pozas Commercial 2016-38, Pozas Commercial 2016-39, Pozas Commercial 2016-39-2, Pozas Commercial 2016-40, Pozas Commercial 2016-41, Pozas Commercial 2016-42

**Published:**   November 2016

- **Individual Photographs:**   Arquitectonica-39, Arquitectonica-40, Tesla-13, Arquitectonica-42, Arquitectonica-43, Arquitectonica-44, Arquitectonica-45, Arquitectonica-46, Arquitectonica-47, Arquitectonica-48, Arquitectonica-49, Arquitectonica-50, Arquitectonica-51, Arquitectonica-52, Arquitectonica-53, Arquitectonica-54, Arquitectonica-55, Arquitectonica-56, Arquitectonica-57, Arquitectonica-58, Arquitectonica-59, Arquitectonica-60, Arquitectonica-61, Arquitectonica-62, Arquitectonica-63, Arquitectonica-64, Arquitectonica-65, Arquitectonica-66, Arquitectonica-67, Arquitectonica-68, Arquitectonica-69, Arquitectonica-70, Arquitectonica-71, Arquitectonica-73, Arquitectonica-74, Arquitectonica-75, Arquitectonica-76, Arquitectonica-77, Arquitectonica-78, Arquitectonica-99, Arquitectonica-100, Arquitectonica-101, Arquitectonica-102, Arquitectonica-103, Arquitectonica-104, Arquitectonica-105, Arquitectonica-106, Arquitectonica-107, Arquitectonica-108, Arquitectonica-109, Arquitectonica-110, Arquitectonica-111, Arquitectonica-112, Arquitectonica-113, Arquitectonica-114, Arquitectonica-115, Arquitectonica-41, Tesla-12, Tesla-15, Tesla-14, Ggem Ocean Condo-1, Ggem Ocean Condo-2, Ggem Ocean Condo-3, Ggem Ocean Condo-4, Ggem Ocean Condo-5, Ggem Ocean Condo-6, Ggem Ocean Condo-7, Ggem Ocean Condo-8, Ggem Ocean Condo-9, Ggem Ocean Condo-10, Ggem Ocean Condo-11, Ggem Ocean Condo-12, Ggem Ocean Condo-13, Ggem Ocean Condo-14, Ggem Ocean Condo-15, Ggem Ocean Condo-16, Ggem Ocean Condo-17, Ggem Ocean Condo-17-2, Ggem Ocean Condo-18, Ggem Ocean Condo-19, Ggem Ocean Condo-20, Ggem Ocean Condo-21, Ggem Ocean Condo-22, Ggem Ocean Condo-23, Ggem Ocean Condo-24, Ggem Ocean Condo-25, Ggem Ocean Condo-26, Ggem Ocean Condo-27, Ggem Ocean Condo-28, Ggem Ocean Condo-30, Ggem Ocean Condo-32, Ggem Ocean Condo-33, Ggem Ocean Condo-34, Ggem Ocean Condo-35, Ggem Ocean Condo-36, Ggem Ocean Condo-37, Ggem Ocean Condo-38

**Published:**   December 2016

- **Individual Photographs:**   Arquitectonica-98, Arquitectonica-97, Arquitectonica-96, Arquitectonica-95, Arquitectonica-94, Arquitectonica-93, Arquitectonica-92, Arquitectonica-91, Arquitectonica-90, Arquitectonica-89, Arquitectonica-88, Arquitectonica-87, Arquitectonica-86, Arquitectonica-85, Arquitectonica-84, Arquitectonica-83, Arquitectonica-82, Arquitectonica-81, Arquitectonica-80, Arquitectonica-79, Arquitectonica-36, Arquitectonica-37, Arquitectonica-38, Rick Studio-8, Rick Studio-9, Tesla-1, Tesla-2, Tesla-3, Tesla-4, Tesla-5, Tesla-7, Tesla-6, Tesla-8, Tesla-11, Tesla-10, Tesla-9, Rick Studio-1, Rick Studio-2, Rick Studio-3, Rick Studio-4, Rick Studio-5, Rick Studio-6, Rick Studio-7, 2016 Misc-1, 2016 Misc-2, 2016 Misc-3, 2016 Misc-4, 2016 Misc-5, 2016 Misc-6, 2016 Misc-7, Dubai-1, Dubai-2, Dubai-3, I96A4792, I96A4800, I96A4810

**Published:**   December 2016

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2016 |
| Earliest Publication Date in Group: | February 28, 2016 |
| Latest Publication Date in Group: | December 31, 2016 |
| Nation of First Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Michael Kelley |
| Author Created: | photographs |
| Work made for hire: | No |
| Citizen of: | United States |
| Domiciled in: | United States |
| Year Born: | 1987 |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Michael Kelley |
| | 11316 Matteson Ave, Los Angeles, CA, 90066, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Michael Kelley |
| Email: | mike@mpkelley.com |
| Telephone: | (978)771-1311 |
| Address: | 11316 Matteson Ave |
| | Los Angeles, CA, 90066  United States |

## Certification

| | |
|---|---|
| Name: | Joe G. Naylor |
| Date: | April 24, 2019 |
| Applicant's Tracking Number: | USCO-05737 |

| | |
|---|---|
| Correspondence: | Yes |
| Copyright Office notes: | Regarding title information: Registration extends to corresponding photographs in contents titles and in deposit. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as |



.XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Exhibit "B"


**United States Copyright Office**

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002201948
Search Results: Displaying 1 of 1 entries

◀ previous     next ▶

---

Labeled View

***Jul-Dec 2019.***

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002201948 / 2020-03-29 |
| **Application Title:** | Jul-Dec 2019 |
| **Title:** | Jul-Dec 2019. [Group registration of published photographs. 442 photographs. 2019-06-15 to 2019-09-30] |
| **Description:** | 442 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Michael Kelley, 1987- . Address: 11316 Matteson Ave, Los Angeles, CA, 90066, United States. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-06-15 to 2019-09-30 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Michael Kelley, 1987- ; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Michael Kelley, 11316 Matteson Ave, Los Angeles, CA, 90066, United States, (978) 771-1311, mike@mpkelley.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in June 2019 (82 photographs): 09_elevator, 20190607-3Q4A9898, 20190606-27_wide_elevated_twilight_foggy-Edit, 20190606-28_wide_fog_pool, 20190607-32_one_point_south, 20190607-33_elevated_daylight_north, 20190607-DJI_0270-Edit, 20190607-DJI_0320-Edit, 20190607-34_office, 20190607-3Q4A0066, 20190607-DJI_0350-Edit, 20190607-3Q4A0080-HDR-Edit, 20190607-36_kitchen_detail, 20190607-39_pool_golden, 20190607-3Q4A0126, 20190607- |

DJI_0418-Edit, 20190607-DJI_0445-Edit, 20190607-DJI_0460-Edit, 40_twilight_figure-1-Edit, 20190607-41_self_portrait-Edit, 20190606-29_oblique_fog-Edit, 20190606-30_entry_fog, 20190607-41_self_portrait, 01_Office, 04_LR_wide, 05_LR_oblique, 07_stairs, 10_rear_oblique-Edit, 10_rear_oblique, 09_rear_elevation, 11_sitting_room-Edit, 13_master_lounge, 20190605-02_foggy_one_point_reverse, 20190605-10_upstairs_angle_sun, 08_hallway, 20190611-3Q4A0502-Edit, 20190611-3Q4A0505-Edit, 20190612-3Q4A0677, 20190612-3Q4A0683, 24_poolhouse_1_pt, 01_golden_hr_view_through, 25_poolhouse_interior, 02_cantilever-Edit, 04_dining_room, 05_stairs_and_living, 06_kitchen_view-Edit, 07_entry_view_tight-Edit, 20190605-3Q4A9447-Edit, 20190605-10_fog, 20190605-11_kitchen_1pt, 20190605-13_thru_kitchen-Edit, 20190606-3Q4A9609, 20190606-14_exterior_tree, 15_guest_bed, 20190611-3Q4A0493-Edit, 20190606-15_exterior_one_pt_day, 20190606-16_hers, 20190606-17_his, 20190607-37_master_north, 20190606-22_tub_one_pt, 20190606-19_stairs_sun, 20190606-21_master_bath_angle, 20190606-23_junior_master, 20190606-24_jr_master_tub, 20190605-12_mini_bath, 10_guest_room, 20190605-09_upstairs_lounge, 20190605-05_basement_stairs-2, 20190605-06_basement_entertainment, 20190605-04_basement_bar, 20190605-03_spa, 20190605-02_movie_theatre, 20190605-05_stairs, 22_master_bath, 20190612-3Q4A0618-HDR, 20190612-3Q4A0609, 20_twilight_rear, 19_twilight_front, 18_poolhouse, 17_upper_hallway, 16_other_guest_bed, 20190606-13_bare_stairs

Published in June 2019 (42 photographs): 20190605-14_twilight_wide, 20190605-07_living_room, 20190605-3Q4A9317-Edit, 20190605-08_kitchen_sunlight, 20190605-04_foggy_hallway, 20190605-03_kitchen_oblique, 20190605-11_morning_fog_again-Edit, 20190605-11_morning_fog_again-Edit-Edit, 20190605-01_foggy-one-point_(1)-Edit, 20190605-08_frontyard, 08_entry_view_wide-Edit, 03_stairs_golden-Edit, 20190612-3Q4A0692, 20190612-3Q4A0666-Edit, 21_poolhouse_daytime, 20190611-3Q4A0534-Edit, 14_master_bed, 14_master_bed-Edit, 12_bathroom_lounge, 20190612-3Q4A0623-HDR-Edit, 06_stairs, 02_dining, 20190605-15_foggy_wide_twi, 20190607-DJI_0488-Edit, 20190607-DJI_0358-Edit-2, 20190607-3Q4A0106, 20190607-35_living_one_point, 20190607-DJI_0282-Edit, 20190607-31_south_rear_day, 20190606-26_sitting-stairs, 20190605-06_stairs_again, 20190605-07_bar_detail, 20190605-05_basement_stairs, 20190606-25_jr_master_wide, 20190606-20_dining, 20190605-01_stairs_fog, 20190605-01_foggy-one-point_(1)-Edit-Edit, 20190605-09_wine, 20190605-12_sitting_room_view, 20190606-13_bare_stairs-2, 20190606-18_master, 20190607-38_master_south-Edit

Published in July 2019 (84 photographs): 20190827-03_tub_detail, 20190827-05_another_stairs-2, 20190827-05_another_stairs, 20190827-06_dining_room, 20190827-08_bathroom, 20190827-09_entry, 20190827-10_entry_detail, 20190827-11_entry_exterior, 20190827-13_fireplace_storm_no-figure, 20190827-14_rear_ext, 20190827-15_entry_tight, 20190827-20_front_oblique, 20190827-17_door_twi, 20190827-18_fireplace_twilight, 20190827-19_bar, 20190828-02_low_front, 20190828-03_cantilever, 20190828-04_wall, 20190828-06_tree_oblique, 20190828-07_one_point_frontal, 20190828-08_pool_twilight, 20190828-10_main_level, 20190830-16_entry_wide, 04_suite_104, 02_villa_63_bedroom, 04_suite_104_pool, 03_villa_63_bathroom, 07_studio_108_living_room, 07_studio_108_bathroom, 20190831-3Q4A2269-Edit, 10_villa_93_bathroom-Edit, 11_renovated_villa_bathroom, 13_renovated_villa_living_room, 15_business_queen_bathroom, 16_business_queen_alternate_bathroom, 17_business_queen_detail, 18_presidential_suite_piano_room, 21_penthouse_bedroom, 22_penthouse_bathroom, 24_penthouse_piano, 20_presidential_suite_master, 23_penthouse_kitchen, 25_garden_villa_living_room, 27_double_room_bathroom, 09_kids_room, 07_bathroom, 08_entry-4-2-2, 02_dining-2, 20190820-15_rear_deck, 03_kitchen, 04_bathroom, 05_master,

07_stairs-2, 08_black_room, 09_living, 11_rear-2, 11_rear, 01_bedroom, 03_living_room_sun_wall, 04_Driveway, 05_entry, 07_guest_bedroom, 08_living_room, 10_hangar_door, 20190804-DJI_0534, 20190804-DJI_0537, 11_corner, 12_pool, 20190820-01_bedroom_mountain, 20190820-03_single_exposure_detail, 20190820-04_front_exterior, 20190820-05_pink_bedroom, 20190820-07_sitting_room, 20190820-08_stairs, 20190820-08_stairs_no-figure, 20190820-10_bar, 20190820-11_rear_daylight-Edit, 20190820-12_kitchen-Edit, 20190820-13_golden_hr_oblique_rear, 20190820-14_golden_hr_one_point, 20190820-16_living_room, 20190820-17_stairs_oblique, 20190820-18_bedroom_entry, 20190820-20_entry

Published in July 2019 (101 photographs): 20190820-21_pool_length, 20190820-22_swing, 20190820-24_side_twi, 20190820-24_side_twi-2, 20190820-25_cantilever-Edit, 20190820-25_cantilever_no-figure, 01_front, 02_detail, 01_outside, 02_entry-2-Edit, 04_breakaway, 05_breakaway_detail, 06_bathroom, 01_oblique-Edit, 02_one_point, 03_detail, 08_meeting_space, 09_conf_room_1pt, 09_conf_room_1pt-2, 11_executive_suite, 20190822-01_overall_bar, 20190822-03_bathroom, 20190822-04_trough, 20190822-05_corner_art, 20190822-07_private_dining, 20190822-07_private_dining-2, 01_Game_Room-2, 02_entry, 02_entry-2, 03_living_bar, 05_oblique_outdoor-2, 05_oblique_outdoor, 06_bathroom-2, 08_pool, 09_walkway, 11_fire_in, 12_bar_night, 01_living_room, 02_living_room_detail-2, 03_dining_room, 04_outdoor_seating-2, 06_brackets, 01_nook, 01_rear_patio_tree, 02_rear_patio, 03_living_room_overall-2-2-2-2, 04_dining_room_detail, 08_living_room_reverse, 08_living_room_reverse-2, 09_entry-2, 11_bath_1pt-2, 12_rear_daylight-2-Edit, 13_rear_daylight-2, 15_entry_1_pt_day-2, 16_sitting_room-2, 18_bar_straight_on, 19_bar_across, 20_stairs, 22_upstairs_family_room, 23_kids_room, 24_bathroom, 26_front_twilight, 26_front_twilight-2, 27_front_twi_oblique, 28_front_gate-2, 29_rear_through_trees, 30_side_1_pt, 02_entry-3, 03_door, 05_master_hallway, 06_rear_entry, 07_living_room, 09_front_door_water_detail, 10_entry_hall, 11_terrarium-2, 12_rear_detail, 13_master_pool, 14_cantilever_corner, 16_front_oblique, 17_entry_detail_1pt, 18_rear_slash-2-2-2, 19_cantilever_golden-Edit, 19_cantilever_golden, 21_rear_overal-3-3, 22_twilight_pool, 23_front_oblique_twi, 24_front_one_pt, 20190827-01_tree, 06_pink, 10_front, 02_master_lounge, 06_one_point_hallway, 09_sitting_room_golden_hr, 20190804-DJI_0543, 20190820-02_bedroom_with_shit_view, 06_pink_bedroom_art, 20190820-09_basement, 20190820-11_rear_daylight, 20190820-25_cantilever, 02_detail-2, 03_desk

Published in July 2019 (58 photographs): 07_c-suite_entry-2, 03_detail-2, 10_conf_room_2pt, 20190822-02_back_corner, 20190822-06_entry, 01_Game_Room, 04_outdoor_seating, 07_firepit_view, 10_living_room_twilight, 02_living_room_detail, 05_exterior, 07_master, 08_bath, 01_jr_suite, 02_master_suite-Edit, 04_living, 03_living_room_overall-2-2-2-2-2, 05_master_bed-3-3-3-3, 06_master_patio-4-4-4-4, 14_entry_oblique_day-2, 17_sitting_room_one_pt, 21_family_room, 25_tv_carpetnry, 28_front_gate, 01_dining_room_1pt, 04_dining_oblique, 08_front_door, 11_terrarium, 15_entry_golden, 18_rear_slash-2-2, 20_cantilever_pool_detail, 02_rear_daylight, 20190827-04_stairs, 20190827-07_living_room, 12_living_room_bar, 20190827-13_fireplace_storm, 20190827-17_door_twi-2, 20190828-01_elevated_front, 20190828-05_pool, 20190828-09_entry, 01_Villa_63_living_room_1, 05_suite_104_bedroom, 09_villa_93_bedroom, 12_renovated_villa_bedroom, 14_business_queen_bedroom, 19_presidential_suite_little_bedroom, 20_presidential_suite_master-2, 26_garden_villa_bathroom, 28_double_room, 20190820-19_bedroom, 20190820-23_rear_ext, 03_dining, 04_living-2, 05_living_window-Edit, 06_bar-3-2, 09_hallway, 07_dining_room_overall, 10_bath_across-2

Published in September 2019 (75 photographs): 28_window_track, 26_kitchen_sunlight, 25_hallway_to_view, 24_living_stairs, 26_dining_table_detail, 25_pillar_golden, 24_bookshelf, 22_yellow_chair, 21_blue_couch-Edit, 20_lots_of_plants, 19_corner_fog, 18_twilight_view, 17_stairs, 15_bar, 15_bar_no-figures, 14_orange_couch, 13_yellow_chair, 12_breakaway_room_daylight, 10_glass_corner_daylight, 10_glass_corner_daylight_with-figure, 09_bathroom-Edit, 08_piano_and_bar_no-figures, 07_couch_corner, 06_ottoman_situation, 04_hallway_detail, 03_conf_room_morning_inside, 02_hallway_morning, 20190908-DJI_0623, 31_front_twilight, 22_entry_reverse, 20_stairs-2, 20190908-DJI_0576, 20190908-DJI_0564, 19_office, 20190908-DJI_0554, 17_gym, 16_dining, 14_living_room_night-Edit, 12_rear_obl, 20190908-DJI_0615, 01_entry_wide_daylight-2, 29_double_room_living_room, 02_entry_tight_daylight-2, 02_entry_tight_daylight, 13_master_bed, 04_living_room_daytime, 07_hallway_upstairs, 08_secondary_bedroom, 15_rear, 09_master_bed, 10_wine_cellar, 18_entry, 01_morning_conference_room_wide-Edit, 01_entry_wide_daylight, 03_downstairs_bathroom, 05_formal_sitting, 06_sitting_and_entry, 11_rear_exterior, 20190908-DJI_0570, 23_kitchen_dining, 27_picture_window, 20190908-DJI_0597, 30_patio, 01_morning_conference_room_wide, 05_morning_corner, 08_piano_and_bar, 11_chair, 14_orange_couch_no-figures, 19_corner_fog_no-figure, 23_golden_gate_fog, 27_upstairs_twilight, 16_conference_golden, 20190908-DJI_0610, 29_kitchen_stairs, 28_window_track_no-figure

**Names:** [Kelley, Michael, 1987-]



**Save, Print and Email (Help Page)**

| | |
|---|---|
| Select Download Format | Full Record ▾   Format for Print/Save |
| Enter your email address: | Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Exhibit "C"

Page 1

Brickell City Centre from $600s! | Top Ten Real Estate Deals
https://toptenrealestatedeals.com/condo/brickell-city-centre

AS SEEN ON ABC, HGTV, CNBC, CBS, WASHINGTON POST, PARADE, USA TODAY, PEOPLE, & MANY MORE



SEARCH ⌄    CONDO DEALS ⌄    CONDO LOCATIONS ⌄    CELEBRITY HOMES    REAL ESTATE NEWS

CONDO BLOG

Home » Florida Condos & Homes For Sale » **Brickell City Centre from $600s!**

### Miami Condos For Sale

# BRICKELL CITY CENTRE FROM $600S!

Miami Urban Life Connected!



Florida's largest urban lifestyle luxury project! One bedroom from the $600s; two bedrooms from the $800s: three, four and five bedrooms also available.

Urban residences for those who cross continents the way others cross the streets, Reach Brickell City Centre welcomes the explorers, adventurers, fashion-grabbers, culturally curious and independent spirits in search of adventure, meaning and sometimes a bit of frivolity.

Disrupting the definition of metropolitan living and creating a new urban autonomy where global citizens thrive. Emerging from Miami's new multidimensional landmark, the 43-story residential tower acts as an extension of Brickell City Centre's revolutionary lifestyle concept, directly connecting residents to an unprecedented urban playground.

Like the cosmopolitan spirit it celebrates, Reach Brickell City Centre has a dynamic edge, capturing this fast-paced, kaleidoscopic city in a grand scale. It conveys a savvy assurance that says "Yes, this is the place to be, in a city like no other." Set to raise expectations for urban living through design-driven authenticity, Reach Brickell City Centre is the definitive punctuation on the bold statement that is Miami.

I'd Like To
## Request More Info

First Name
Last Name
Email
Phone
Message

GET INFO

*Presented by: Robert Walsh, Lokation Real Estate*

## More Miami Condos



### Five Park In Miami Beach!

Currently under construction, Five Park Miami Beach – a soaring 48-story residential tower with an expansive three-acre Canopy Park featuring...**READ MORE**

MORE MIAMI CONDOS ›

Page 2
Brickell City Centre from $600s! | Top Ten Real Estate Deals
https://toptenrealestatedeals.com/condo/brickell-city-centre

Also Check Out These Great South Florida Home & Condo For Sale Listings:



**6000 Collins Ave 316**
**Miami Beach, Florida 33140**

2 Bedrooms    2 Total Baths

**$785,000**

**245 Michigan Avenue PH 9**
**Miami Beach, Florida 33139**

2 Bedrooms    2 Total Baths

**$1,395,000**



**1330 West Ave 3404**
**Miami Beach, Florida 33139**

2 Bedrooms    2 Total Baths

**$997,000**

**100 S Pointe Drive 2306**
**Miami Beach, Florida 33139**

2 Bedrooms    3 Total Baths

**$6,255,000**



**1030 15th Street 219**
**Miami Beach, Florida 33139**

1 Bedrooms    2 Total Baths

**$750,000**

**1036 Ocean Dr B201**
**Miami Beach, Florida 33139**

2 Bedrooms    2 Total Baths

**$795,000**



**4101 Pine Tree Drive 1429**
**Miami Beach, Florida 33140**

2 Bedrooms    2 Total Baths

**$849,000**

**4401 Collins Ave 806**
**Miami Beach, Florida 33140**

1 Bedrooms    1 Total Baths

**$1,120,000**

View All Results

Brickell City Centre from $600s! | Top Ten Real Estate Deals
https://toptenrealestatedeals.com/condo/brickell-city-centre



**Condo Deals**

Best Florida Condo & Home
Deals

Best Luxury Condos & Homes

Florida Preconstruction, Under
Construction & Brand New
Condos & Homes For Sale

Condos That Pay You Back

Best Florida Snowbird & Vacation
Condos

**Locations**

Daytona Beach

Orlando

Naples

Fort Lauderdale

Miami

Pompano Beach

Orlando

Palm Beach County

Disney-Area Resorts

**Real Estate News**

**Celebrity Homes**

**Condo Blog**

**Home**

**Contact**

Review us on Google

© 2022 TopTenRealEstateDeals.com  -  Where Real Estate Is Never Boring®
Designed & Developed by WebTek

Privacy Policy  -  Site Map

Captured by FireShot Pro: 12 May 2022, 10:36:31
https://getfireshot.com

Exhibit "D"

Page 1
Owlwood Mansion: Home To Stars Marilyn Monroe, Tony Curtis & Cher! | Top Ten Real Estate Deals
https://toptenrealestatedeals.com/weekly-ten-best-home-deals/home/owlwood-mansion-home-to-stars-marilyn-monroe-tony-curtis-cher

AS SEEN ON ABC, HGTV, CNBC, CBS, WASHINGTON POST, PARADE, USA TODAY, PEOPLE, & MANY MORE

 TopTenRealEstateDeals.com™
....WHERE REAL ESTATE IS NEVER BORING!

Q SEARCH ⌄    CONDO DEALS ⌄    CONDO LOCATIONS ⌄    CELEBRITY HOMES    REAL ESTATE NEWS

CONDO BLOG

Celebrity Homes

## OWLWOOD MANSION: HOME TO STARS MARILYN MONROE, TONY CURTIS & CHER!



Owlwood Mansion: Home To Stars Marilyn Monroe, Tony Curtis & Cher!

### Owlwood Mansion: Home To Stars Marilyn Monroe, Tony Curtis & Cher!



On the market since 2017, priced at $180 million then reduced to $115 million, the historic celebrity-magnet Owlwood mansion, the crown jewel of L.A.'s Holmby Hills, has sold for $88 million.



### Phil Collins' Miami Beach Mansion – Former Owners Include Jennifer Lopez!

When "Take Me Home" singer Phil Collins decided to move to Miami Beach, he soon bought one of the city's...READ MORE

**MORE CELEBRITY HOMES  >**

Page 2

Owlwood Mansion: Home To Stars Marilyn Monroe, Tony Curtis & Cher! | Top Ten Real Estate Deals
https://toptenrealestatedeals.com/weekly-ten-best-home-deals/home/owlwood-mansion-home-to-stars-marilyn-monroe-tony-curtis-cher



**TOP 10 FLORIDA CONDOS FOR SALE**

Completed in 1936, few Los Angeles mansions have its stature, rolling grounds or have been the center of so much gossip.  The classic Tuscan-styled mansion was built in 1935 by Robert D. Farquhar for Florence and Charles Quinn. Florence was divorced from Arthur Letts who, in 1925, was the original owner and developer of the 3,296 acres of land on which Holmby Hills is located.  The home on four acres was the largest and most luxurious house at the time measuring in at 12,000 square feet and a cost of $150,000. Farquhar also designed Beverly Hills High School and Festival Hall for the 1915 Panama-Pacific Exposition in San Francisco.

After the Quinns, the home next passed into the hands of 20th Century Fox co-founder Joseph Schenck.  Described as a 70-year-old, cigar-chomping type in the book *Unreal Estate* by Michael Gross, Marilyn Monroe was said to spend much time there and at only 21, it was fairly common knowledge that although Schenck was still married to his first wife, had an affair with him and ended up living in the guest house.

By the time the actor Toney Curtis was near the end of his career, he bought the home from Schenck.  Cher fell in love with the house when attending a party that Tony Curtis threw at the home and soon she and first-husband, Sonny Bono, purchased the home from Curtis. Gossip began when Cher wanted to leave Sonny but CBS threatened to cancel their TV show, the *Sonny and Cher Comedy Hour*, if one of them moved out. So they decided to inhabit separate wings. Later on they sold the estate to playboy Ghazi Aita of Monaco

It was during Aita's tenure when the gossip soared.  He ran a harem of starlets to such an extreme that all of Hollywood enjoyed it as cocktail chatter.  He became fodder for Heidi Fleiss' black book.  Aita sold it to Ameriquest-founder Roland Arnall who added six more acres bringing the estate to 10 acres and named it Owlwood due to the number of owls on the property.  It was put on the market only a few months later in 2017.

Taking its place among the world's outstanding classic residences, the old-world craftsmanship, oak paneling, carved moldings, impressive grand foyer, spacious rooms and park-like grounds for strolling are universally appealing. The main residence includes stately public rooms, multiple fireplaces and chandeliers, nine bedrooms and ten baths. Grounds contain two guard houses, a pool, pool house, fountains, fruit trees and restored formal gardens.

Historic and storied, Owlwood mansion has sold for $88 million.  The listing agents were Sally Forester Jones, Tyrone McKillen and Tomer Fridman of Compass, Beverly Hills and Drew Fenton of Hilton & Hyland, Beverly Hills.

Photo credit: Mike Kelley

**Source:** www.toptenrealestatedeals.com

**Condo Deals**
Best Florida Condo & Home Deals
Best Luxury Condos & Homes
Florida Preconstruction, Under Construction & Brand New Condos & Homes For Sale

**Locations**
Daytona Beach
Naples
Fort Lauderdale
Miami

Pompano Beach
Orlando
Palm Beach County
Disney-Area Resorts

**Real Estate News**
**Celebrity Homes**
**Condo Blog**

Home
Contact

Captured by FireShot Pro: 12 May 2022, 11:32:09
https://getfireshot.com

Page 3
Owlwood Mansion: Home To Stars Marilyn Monroe, Tony Curtis & Cher! | Top Ten Real Estate Deals
https://toptenrealestatedeals.com/weekly-ten-best-home-deals/home/owlwood-mansion-home-to-stars-marilyn-monroe-tony-curtis-cher



Condos That Pay You Back

Best Florida Snowbird & Vacation

Condos

G  Review us on Google

© 2022 TopTenRealEstateDeals.com  -  Where Real Estate Is Never Boring®

Designed & Developed by WebTek

Privacy Policy  -  Site Map

AS SEEN ON ABC, HGTV, CNBC, CBS, WASHINGTON POST, PARADE, USA TODAY, PEOPLE, & MANY MORE



**TopTenRealEstateDeals.com™**
....WHERE REAL ESTATE IS NEVER BORING!

Q SEARCH ˅   CONDO DEALS ˅   CONDO LOCATIONS ˅   CELEBRITY HOMES   REAL ESTATE NEWS

CONDO BLOG

Celebrity Homes

# OWLWOOD MANSION: HOME TO STARS MARILYN MONROE, TONY CURTIS & CHER!










Tony Curtis bought the home from Schenck, but died only six month later.

AS SEEN ON ABC, HGTV, CNBC, CBS, WASHINGTON POST, PARADE, USA TODAY, PEOPLE, & MANY MORE



**TopTenRealEstateDeals.com**™
...WHERE REAL ESTATE IS NEVER BORING!

SEARCH ∨    CONDO DEALS ∨    CONDO LOCATIONS ∨    CELEBRITY HOMES    REAL ESTATE NEWS

CONDO BLOG

Celebrity Homes

# OWLWOOD MANSION: HOME TO STARS MARILYN MONROE, TONY CURTIS & CHER!










After the Quinns, the home next passed into the hands of 20th Century Fox co-founder Joseph Schenck.

AS SEEN ON ABC, HGTV, CNBC, CBS, WASHINGTON POST, PARADE, USA TODAY, PEOPLE, & MANY MORE

**TopTenRealEstateDeals.com™**
....WHERE REAL ESTATE IS NEVER BORING!

SEARCH ∨   CONDO DEALS ∨   CONDO LOCATIONS ∨   CELEBRITY HOMES   REAL ESTATE NEWS

CONDO BLOG

Celebrity Homes

# OWLWOOD MANSION: HOME TO STARS MARILYN MONROE, TONY CURTIS & CHER!



The classic Tuscan-styled mansion was built in 1935 by Robert D. Farquhar for Florence and Charles Quinn.

AS SEEN ON ABC, HGTV, CNBC, CBS, WASHINGTON POST, PARADE, USA TODAY, PEOPLE, & MANY MORE

**TopTenRealEstateDeals.com**
....WHERE REAL ESTATE IS NEVER BORING!

SEARCH ~   CONDO DEALS ~   CONDO LOCATIONS ~   CELEBRITY HOMES   REAL ESTATE NEW

CONDO BLO

Celebrity Homes

# OWLWOOD MANSION: HOME TO STARS MARILYN MONROE, TONY CURTIS & CHER!











Historic and storied, Owlwood mansion has sold for $88 million.

AS SEEN ON ABC, HGTV, CNBC, CBS, WASHINGTON POST, PARADE, USA TODAY, PEOPLE, & MANY MORE



TopTenRealEstateDeals.com™
...WHERE REAL ESTATE IS NEVER BORING!

SEARCH ˅  CONDO DEALS ˅  CONDO LOCATIONS ˅  CELEBRITY HOMES  REAL ESTATE NEWS

CONDO BLOG

Celebrity Homes

# OWLWOOD MANSION: HOME TO STARS MARILYN MONROE, TONY CURTIS & CHER!






Park-like grounds for strolling are universally appealing.

AS SEEN ON ABC, HGTV, CNBC, CBS, WASHINGTON POST, PARADE, USA TODAY, PEOPLE, & MANY MORE

**TopTenRealEstateDeals.com™**
.....WHERE REAL ESTATE IS NEVER BORING!

SEARCH ˅   CONDO DEALS ˅   CONDO LOCATIONS ˅   CELEBRITY HOMES   REAL ESTATE NEWS

CONDO BLOG

Celebrity Homes

# OWLWOOD MANSION: HOME TO STARS MARILYN MONROE, TONY CURTIS & CHER!








Cher fell in love with the house and after Curtis' death, she and husband, Sonny Bono, purchased the home.

AS SEEN ON ABC, HGTV, CNBC, CBS, WASHINGTON POST, PARADE, USA TODAY, PEOPLE, & MANY MORE



**TopTenRealEstateDeals.com**™
....WHERE REAL ESTATE IS NEVER BORING!

SEARCH ˅    CONDO DEALS ˅    CONDO LOCATIONS ˅    CELEBRITY HOMES    REAL ESTATE NEWS

CONDO BLOG











Celebrity Homes

# OWLWOOD MANSION: HOME TO STARS MARILYN MONROE, TONY CURTIS & CHER!



Sonny and Cher sold the estate to playboy Ghazi Aita of Monaco.

AS SEEN ON ABC, HGTV, CNBC, CBS, WASHINGTON POST, PARADE, USA TODAY, PEOPLE, & MANY MORE

**TopTenRealEstateDeals.com**™
....WHERE REAL ESTATE IS NEVER BORING!

Q SEARCH ∨   CONDO DEALS ∨   CONDO LOCATIONS ∨   CELEBRITY HOMES   REAL ESTATE NEWS

CONDO BLOG

Celebrity Homes

# OWLWOOD MANSION: HOME TO STARS MARILYN MONROE, TONY CURTIS & CHER!



Grounds contain two guard houses, a pool and pool house.

AS SEEN ON ABC, HGTV, CNBC, CBS, WASHINGTON POST, PARADE, USA TODAY, PEOPLE, & MANY MORE

**TopTenRealEstateDeals.com**™
.....WHERE REAL ESTATE IS NEVER BORING!

Q SEARCH ⌄    CONDO DEALS ⌄    CONDO LOCATIONS ⌄    CELEBRITY HOMES    REAL ESTATE NEWS

CONDO BLOG

Celebrity Homes

# OWLWOOD MANSION: HOME TO STARS MARILYN MONROE, TONY CURTIS & CHER!





Aita had a harem of starlets to such an extreme that all of Hollywood enjoyed it as cocktail chatter.

AS SEEN ON ABC, HGTV, CNBC, CBS, WASHINGTON POST, PARADE, USA TODAY, PEOPLE, & MANY MORE

**TopTenRealEstateDeals.com**™
....WHERE REAL ESTATE IS NEVER BORING!

Q SEARCH ⌄   CONDO DEALS ⌄   CONDO LOCATIONS ⌄   CELEBRITY HOMES   REAL ESTATE NEWS

CONDO BLOG

Celebrity Homes

# OWLWOOD MANSION: HOME TO STARS MARILYN MONROE, TONY CURTIS & CHER!













Owlwood Mansion: Home To Stars Marilyn Monroe, Tony Curtis & Cher!

AS SEEN ON ABC, HGTV, CNBC, CBS, WASHINGTON POST, PARADE, USA TODAY, PEOPLE, & MANY MORE

**TopTenRealEstateDeals.com™**
....WHERE REAL ESTATE IS NEVER BORING!

SEARCH ∨    CONDO DEALS ∨    CONDO LOCATIONS ∨    CELEBRITY HOMES    REAL ESTATE NEWS

CONDO BLOG ∨

Celebrity Homes

# OWLWOOD MANSION: HOME TO STARS MARILYN MONROE, TONY CURTIS & CHER!





There are also fountains, fruit trees and restored formal gardens.