Answer To Summons United States District Court for the Southern District of Florida

MICHAEL KELLEY, Plaintiff

v.

TOPTENREALESTATEDEALS.COM, LLC and
ROBERT WALSH   *Defendants*

Civil Action No. 0:22-cv-61228



FILED BY _____ D.C.

JUL 14 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

1. The Plaintiff, Michael Kelley's, lawsuit v. TOPTENREALESTATEDEALS.COM, LLC and ROBERT WALSH is without merit. The16 photographs of the Owlwood Mansion in Los Angeles that Mr. Kelley has filed this lawsuit were sent to us in 2019 for our use by the real estate agency that had the for-sale listing for Owlwood.

2. Contrary to Mr. Kelly's allegation, we did not locate a copy of the Owlwood photos on the internet and copy the photos. The photos were emailed to us by the Owlwood listing real estate agency, Compass, to assist them in publicizing the home.

3. Compass sent us the Owlwood photos in order for us to write an article about the history and sale of Owlwood, post the article and photos to our website and distribute the article and photos to other media, just as we have operated for over 10 years. Our celebrity home features, including Owlwood, were produced as a news feature for which we never asked for, accepted or earned any money. We did not solicit or accept any paid advertising on the website. TOPTENREALESTATEDEALS.COM, LLC was operated by my wife and I. We had no employees; we had one North Carolina-based independent contractor, Genelle Brown, who wrote and arranged many of the celebrity home features. She died a few weeks ago from a heart attack.

4. Owlwood previously was for sale in 2017 which was when we first published an Owlwood feature with photo permission provided by the then-listing agent, Robert Shapiro at Mercer & Vine Agency in Los Angeles.

5. The photograph of City Centre in Miami, Florida that Mr. Kelley has filed suit was sent to us by the Miami real estate agency that was selling the residences, in order to help them publicize the residences. I am a licensed Florida real estate agent. In addition, the photo was published on our website before Mr. Kelley registered his City Centre copyright.

6. Neither Robert Walsh nor TOPTENREALESTATEDEALS.COM, LLC received any money or remuneration of any kind in any way connected to the Owlwood or City Centre photos.

7. Michael Kelley suffered no damages but did, in fact, receive extensive free publicity as he was shown as the photographer on our Owlwood features.

Robert Walsh
801 Briny Avenue
Apartment 804
Pompano Beach, FL 33062

TOPTENREALESTATEDEALS.COM, LLC
c/o Robert Walsh
801 Briny Avenue
Apartment 804
Pompano Beach, FL 33062