# AFFIDAVIT OF PROCESS SERVER

U.S. District Court Southern District                                          State of Florida

**MICHAEL KELLEY**

    Plaintiff

vs.

**TOPTENREALESTATEDEALS.COM, LLC and ROBERT WALSH**

    Defendant

Attorney:

Daniel DeSouza, Esq.
COPYCAT LEGAL PLLC
3111 N. University Drive, Suite 301
Coral Springs, Florida 33065

Case Number: 0:22-cv-61228

Court / Appearance Date:
Court Time:

Legal documents received by We Serve Process LLC on June 28, 2022 at 3:11 pm to be served upon **TOPTENREALESTATEDEALS.COM, LLC c/o ROBERT WALSH (Registered Agent), 801 Briny Avenue Apartment 804, Pompano Beach, Florida 33062.**

I, Douglas Nelson, swear and affirm that on **July 8, 2022 at 12:05 pm**, I did the following:

**Substitute Served** by leaving a conformed copy of the **Summons In A Civil Action and Complaint with Exhibits A-D** at the within named person's usual place of residence, to a person residing therein who is at least 15 years of age or older to wit: **Daria Walsh, Coresident/Wife** and informing that person of the contents of the documents. The service date, time, my initials and identification number were listed on the document served.

**Description of Person Accepting Service:**
Gender: Female   Age: 55   Height: 5'6"   Weight: 170 lbs   Race: White   Hair Color: Blonde   Glasses: Yes

A diligent search & inquiry has determined that the subject is not on active duty with the U.S. Armed Forces.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

_____
Douglas Nelson
Process Server # 773

We Serve Process LLC
6333 Blue Bay Circle
Lake Worth, Florida 33467

(561) 305-6470

Internal Job ID: PS-2022-000312

Reference Number: DD-CL-DS-062822

The foregoing instrument was acknowledged before me on this __14__ day of __July__, __2022__, by

__Doug Nelson__,
who is personally known to me or who has produced __FL D/L__ as identification.

__Spencer Benevisto__   _____
Notary Printed Name     Notary Signature

__1/8/2023__
Commission Expiration Date

SPENCER BENEVISTO
MY COMMISSION # GG 263909
EXPIRES: January 8, 2023
Bonded Thru Notary Public Underwriters

Copyright © 2019 Santarlas Global, LLC.                                Page 1 of 2